POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> Adam S. Sieff (SBN302030) <br> DAVIS WRIGHT TREMAINE LLP <br> 350 South Grand Avenue, 27th Floor <br> Los Angeles, CA 90071 <br> TELEPHONE NO.: (213) 633-6800   FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: adamsieff@dwt.com <br> ATTORNEY FOR *(Name)*: Plaintiff NETCHOICE | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA <br> STREET ADDRESS: 280 1ST STREET <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: SAN JOSE, CA 95113 <br> BRANCH NAME: SAN JOSE DIVISION | |
| PLAINTIFF/PETITIONER: NETCHOICE <br><br> DEFENDANT/RESPONDENT: ROB BONTA, Attorney General of the State of California | CASE NUMBER: <br><br> 5:25-cv-3178 |
| **PROOF OF SERVICE OF SUMMONS & COMPLAINT** | Ref. No. or File No.: |

1. At the time of service, I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ Summons
   b. ☒ Complaint
   c. ☒ Civil Cover Sheet
   d. ☒ Plaintiff Netchoice's FRCP 7.1 Disclosure and L.R. 3-15 Certification of Conflicts and Interested Parties
   e. ☐ Other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*: ROB BONTA, Attorney General of California

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*: Officer Brooks/ Person Authorized to accept service of process for Attorney General of California

4. **Address where the party was served:** 1300 I Street, Sacramento, CA 95814
5. I served the party (check the proper box)
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 04/09/2025   (2) at *(time)*: 10:37 a.m.
   b. ☐ **by substituted service.** On *(date)*:       at *(time)*:       I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on: *(date)*:       from *(city)*:       or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS & COMPLAINT** | Code of Civil Procedure, § 417.10 <br> American LegalNet, Inc. <br> www.FormsWorkflow.com |
|---|---|---|

| PLAINTIFF/PETITIONER: NETCHOICE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ROB BONTA, Attorney General of the State of California | 5:25-cv-3178 |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*    (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* ROB BONTA, Attorney General of the State of California
      under the following Code of Civil Procedure section:
      
      ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
      ☒ 416.50 (public entity)    ☐ 415.46 (occupant)
          ☐ other:

7. **Person who served papers**
   a. Name: Steve Glaeser on behalf of global Network Legal Support
   b. Address: 316 W. 2nd Street, Suite 110, Los Angeles, CA 90012
   c. Telephone number: (213) 922-9400
   d. **The fee** for service was: $
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
         (i) ☐ owner ☐ employee ☒ independent contractor.
         (ii) Registration No. 2013,44
         (iii) County: Sacramento

8. ☒ **I declare** under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal, and** I certify that the foregoing is true and correct.

Date: April 10, 2025

Steve Glaeser
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶ *(SIGNATURE)*

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS & COMPLAINT**