1  Paul D. Clement (*admitted pro hac vice*)
   Erin. E. Murphy (*admitted pro hac vice*)
2  James Y. Xi (*admitted pro hac vice*)
   Joseph J. Demott (*admitted pro hac vice*)
3  **CLEMENT & MURPHY PLLC**
   706 Duke Street
4  Alexandria, VA 22314
   Telephone: 202.742.8900
5  Email: paul.clement@clementmurphy.com
      erin.murphy@clementmurphy.com
6     james.xi@clementmurphy.com
      joseph.demott@clementmurphy.com
7
   Adam S. Sieff (Cal. Bar # 302030)
8  **DAVIS WRIGHT TREMAINE LLP**
   350 South Grand Avenue, 27th Floor
9  Los Angeles, California 90071
   Telephone:  (213) 633-6800
10 Fax:  (213) 633-6899
   Email: adamsieff@dwt.com
11
   *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NETCHOICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROB BONTA, Attorney General of California,<br><br>　　　　Defendant. | Case No. 5:25-cv-3178-BLF<br><br>**[PROPOSED] ORDER**<br><br>Assigned to the Hon. Beth Labson Freeman<br><br>Action Filed:  April 9, 2025 |

---

[PROPOSED] ORDER
Case No. 5:25-cv-3178-BLF

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, this Court's prior order (ECF No. 25), and good cause appearing, the Court hereby ORDERS that the hearing on NetChoice's pending motion for preliminary injunction (ECF No. 20) is RESET to June 26, 2025. Defendant shall file its opposition to NetChoice's motion not later than May 15, 2025, and NetChoice shall file its reply brief in support of its motion not later than May 29, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 18, 2025

_____
The Honorable Beth Labson Freeman
U.S. District Court Judge

[~~PROPOSED~~] ORDER
Case No. 5:25-cv-3178-BLF

1

**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899