1

2

3    ROB BONTA
     Attorney General of California
4    MARK R. BECKINGTON
     Supervising Deputy Attorney General
5    ROBERT L. MEYERHOFF (SBN 298196)
     Deputy Attorney General
6      300 South Spring Street, Suite 1702
       Los Angeles, CA  90013-1230
7      Telephone: (213) 269-6177
       Fax: (916) 731-2144
8      E-mail:  Robert.Meyerhoff@doj.ca.gov
     *Attorneys for Rob Bonta in his Official Capacity as*
9    *Attorney of the State of California*

10                 IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14

     **NETCHOICE,**                          | Case No. 5:25-cv-03178-BLF
15
                              Plaintiff,      | **JOINT STATUS REPORT**
16
            v.
17                                            | Courtoom:    1, 5th Floor
                                              | Judge:       Hon. Beth Labson Freeman
18   **ROB BONTA, ATTORNEY GENERAL OF**       | Trial Date:  n/a
     **CALIFORNIA,**                          | Action Filed: April 9, 2025
19
                              Defendant.
20

21

22

23

24

25

26

27

28

**JOINT STATUS REPORT**

Plaintiff NetChoice (Plaintiff) and Defendant Rob Bonta in his official capacity as Attorney General of California (Defendant, and together with Plaintiff, the Parties) hereby submit the following report:

The Parties have not reached any agreement regarding a stay of enforcement of Senate Bill 1144, and do not anticipate doing so by July 1, 2025.

Dated:  June 30, 2025

                                        Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

/s/ Robert L. Meyerhoff
ROBERT L. MEYERHOFF
Deputy Attorney General

*Attorneys for Rob Bonta in his official capacity as Attorney General of the State of California*

Dated:  June 30, 2025

Respectfully submitted,

CLEMENT & MURPHY, PLLC

/s/ Joseph J. DeMott
JOSEPH J. DEMOTT

*Attorney for Plaintiff NetChoice*

1

**CERTIFICATION OF SERVICE AND COMPLIANCE**

I, Robert L. Meyerhoff, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(i), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content.  I further certify that I have served all parties with the foregoing by electronic service through the Court's ECF system.

Dated:  June 30, 2025

By:  /s/  *Robert L. Meyerhoff*
            Robert L. Meyerhoff

*Attorney for Defendant*

2