**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NETCHOICE,<br>        Plaintiff,<br>    v.<br>ROB BONTA,<br>        Defendant. | Case No.  5:25-cv-03178-BLF<br><br>**CASE MANAGEMENT ORDER** |

On November 6, 2025, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference. The Court ORDERS as follows:

(1) The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless otherwise ordered by the Court.

(2) The deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order unless stated otherwise below.

(3) The deadline for the parties to meet, confer, and submit a stipulation and order setting all deadlines not set by the Court below, including discovery cut-offs and expert disclosure deadlines, is twenty-one days after entry of this order unless stated otherwise by the Court on the record at the Case Management Conference.

(4) All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

(5) Unless previously ordered or stipulated, the parties shall meet and confer further in order to reach an agreement on an ADR process within 10 days of the date of this Order. Within that same time frame, the parties shall either (1) file the form entitled "Stipulation and (Proposed) order Selecting ADR Process" if an agreement is reached,

1  or (2) file the form entitled "Notice of Need of ADR Phone Conference".

2  (6) The parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day to Request Leave to Amend the Pleadings per Fed. R. Civ. P. 15 | 60 Days from Date of this Order |
| Fact Discovery Cutoff | March 9, 2026 |
| Last Day re Opening Expert Designation and Reports | April 6, 2026 |
| Last Day re Rebuttal Expert Designation and Reports | May 4, 2026 |
| Expert Discovery Cutoff | June 1, 2026 |
| Last Day to File Final Reply re Cross-Motions for Summary Judgment | October 1, 2026 |
| Hearing on Cross-Motions for Summary Judgment | October 22, 2026, at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated:  November 6, 2025

_____
BETH LABSON FREEMAN
United States District Judge

2