**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

NETCHOICE,

        Plaintiff,

    v.

ROB BONTA,

        Defendant.

Case No.  25-cv-03178-BLF

**ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO COMPLY WITH STANDING ORDERS**

[Re:  ECF No. 71]

    Plaintiff has submitted a motion for summary judgment that fails to comply with this Court's standing orders because it contains single-spaced footnotes with citations to evidence or case law.  *See* Standing Order re Civil Cases § IV.F.  The motion is hereby STRICKEN.  Plaintiff SHALL refile a compliant document no later than July 23, 2026.

    **IT IS SO ORDERED.**

Dated:  July 16, 2026

_____
BETH LABSON FREEMAN
United States District Judge